AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>18409 Orange Street, Hesperia, California 92345 ("SUBJECT PREMISES") | ) ) ) ) ) ) ) ) ) | **AMENDED to reflect corrected address**<br>Case No. 2:19-MJ-04977 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-1*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11-22-2019  12:10pm    _____
                                                                Judge's signature

City and state:   Los Angeles, CA           Hon. Alka Sagar, U.S. Magistrate Judge
                                                            *Printed name and title*

AUSA: <u>Billy Joe McLain x6702</u>

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 2:19-mj-04977 | Date and time warrant executed: December 3, 2019 at 6:00am | Copy of warrant and inventory left with: Julio Moreno |
| Inventory made in the presence of : SA Shawn Riley | | |
| Inventory of the property taken and name of any person(s) seized: Please see attached DEA 12s- Receipt for cash or other items seized. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: December 11, 2019

*Rosemary Ramirez*
*Executing officer's signature*

SA Rosemary Ramirez
*Printed name and title*

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Julio Moreno

FILE NO. R9-18-0022

G-DEP IDENTIFIER

FILE TITLE

DATE 12/3/2019

DIVISION/DISTRICT OFFICE
SFFO/FDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | SMALL BAGGY SUSPECTED NARCOTICS | EVIDENCE |
| 1 | RED CELL PHONE / BLACK CASE | |
| 1 | BLUE CELL PHONE / BLACK CASE | |
| 1 | SMALL BAG SUSP. NARCOTICS | |
| 1 | LARGE ZIPLOCK BAG CONTAINING SEVERAL SMALL BAG W/ SUSPECTED NARCOTICS | |
| 2 | CELL PHONES | |
| 1 | CELL PHONE | |
| 1 | PROCESSED MARIJUANA (BROWN BAG) | |
| 1 | MARIJUANA PLANTS (BROWN BAG) | |

Nothing Follows

RECEIVED BY (Signature)
NAME AND TITLE (Print or Type) SA Shawn Ruby

WITNESSED BY (Signature)  12/3/2019
NAME AND TITLE (Print or Type) Jeff Jones, TFO

FORM DEA-12 (8-02) Previous editions obsolete                    Electronic Form Version Designed

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Julio Moreno
Not Available

FILE NO. R9-18-0022
G-DEP IDENTIFIER
FILE TITLE

DATE 12-3-19

**DIVISION/DISTRICT OFFICE**
SFFD/FDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Undetermined | Undetermined amount of USC pending official count SSEE S000608356 | Seized |

Nothing Follows

RECEIVED BY (Signature)
WITNESSED BY (Signature)
NAME AND TITLE (Print or Type) SA Shawn Riley
NAME AND TITLE (Print or Type) JCT/GS

FORM DEA-12 (8-02) *Previous editions obsolete*
Electronic Form Version Designed in JetForm 5.2